UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :

BRYAN JOAN DELGADO MONTANO,           :

                  Petitioner,            :

        -v-                      :           26 Civ. 1973 (JPC)

                                      :

JUDITH ALMODOVAR, *et al.*,            :           <u>ORDER</u>

                  Respondents.      :

                                      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:  The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By March 18, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition, explaining the basis for Petitioner's detention and Petitioner's location. Petitioner may file reply papers, if any, by March 25, 2026.  In preparing their papers, the parties shall discuss whether, if the statutory provision under which the Government asserts the authority to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026).

      SO ORDERED.

Dated: March 11, 2026
      New York, New York                                            
                                           JOHN P. CRONAN
                                   United States District Judge