**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRYAN JOAN DELGADO MONTANO

 *Petitioner,*

v.

Judith ALMODOVAR, New York Field Office Director for U.S. Immigration and Customs Enforcement; Pamela BONDI, Attorney General of the United States; Kristi NOEM, Secretary of Homeland Security; and Todd M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement,

 *Respondents.*

Civil Action No. 26-CV-1973 (JPC)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
March 26, 2026
New York, New York



JOHN P. CRONAN
United States District Judge

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

It is hereby STIPULATED AND AGREED, by and between petitioner Bryan Joan Delgado Montano ("Petitioner") and respondents Judith Almodovar, Pamela Bondi, Kristi Noem, and Todd M. Lyons ("Respondents"), by their respective undersigned counsel, that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action, including the Petition for a Writ of Habeas Corpus filed on March 10, 2026, is voluntarily dismissed in its entirety, without prejudice.

Dated: March 24, 2026
New York, New York

Respectfully submitted,

**KEITH WHITE, PLLC**
Attorneys for Petitioner

By: _____
Keith White
396 Waverly Avenue
Brooklyn, NY 11238
(718) 403-9261
keith@keithwhitelaw.com

**JAY CLAYTON**
United States Attorney
Southern District of New York
Attorney for Respondents

By: _____
Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2743
brandon.waterman@usdoj.gov

Dated: March 24, 2026
New York, New York

Dated: March 24, 2026
New York, New York